CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
)
)
          Plaintiff )
   v. )   Civil Case Number 07-01535 (DAR)
)
)
)
THOMAS MOONEY, JR. )   Category J
)
          Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>September 20, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Magistrate Judge Deborah A. Robinson</u> by direction of the Calendar Committee.

(Case transferred by consent.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Magistrate Judge Robinson</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk