AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

THOMAS MOONEY, JR.

CA  Case: 1:07-cv-01535
Assigned To : Penn, John Garrett
Assign. Date : 8/29/2007
Description: Student Loan

TO: (Name and address of Defendant)

THOMAS MOONEY, JR.
2409---37TH STREET, N.W.
WASHINGTON, DC  20007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

THOMAS A. MAURO, ESQ.
1020--19TH STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON       AUG 29 2007
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/27/07 |
| NAME OF SERVER (PRINT) Scott Tiller | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Thomas Mooney - Father

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| N/A | Service of Process | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/27/07
                Date              Signature of Server

Address of Server: 1787 Canal Run Dr
Point of Rocks, MD 31777

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.