UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS MOONEY, JR.,

    Defendant.

Case No.: 1:07CV01535 DAR

**FILED**

AUG 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER GRANTING DEFAULT JUDGMENT

Upon consideration of the unopposed application of the United States of America for a default judgment, including attorney's fees and other expenses, the Court will grant the default judgment requested. Based on the matters set forth in the application and attachments thereto and the documents in the case file, the Court further concludes that the request of the United States for attorney's fees and the awarding of other costs is reasonable.

Accordingly, it is this the ___19th___ day of ___August___, 2008, ORDERED THAT:

1.     A default judgment be and it hereby is entered in favor of the United States of America against Thomas Mooney, Jr. in the principal amount of $20,439.76 plus accrued interest of $8,278.58 as of 05/23/2007; and other costs and allowable expenses; for a total judgment of $28,718.34; (i) with interest on $6,616.13 from 05/23/2007, at 6.650% per annum to the date of judgment; (ii) with interest on $8,064.81 from 05/23/2007, at 8.000% per annum to the date of judgment; and (iii) interest on $5,758.82 from 05/23/2007, at 4.380% per annum to the date of judgment, plus interest on the total judgment of $28,718.34 at the post judgment interest at the legal rate of ___2.1___ % pursuant to 28 U.S.C. §1961 until paid, plus attorney fees of $8,759.09,

plus collections costs of $395.00 ( the filing fee of $350.00, and the process server fees of $45.00).

2. The United States is further awarded the cost of private process server fees incurred in serving post-judgment executions and discovery. The Clerk shall tax them as costs.

3. The Defendant is encouraged to contact counsel for the United States to make voluntary payment arrangements.

_____
UNITED STATES DISTRICT JUDGE
MAGISTRATE

Copies to:

Thomas A. Mauro
Attorney for the United States of America
1020-19TH Street, N.W.; #400
WASHINGTON, D.C. 20036

and

Thomas Mooney, Jr.
2409—37th Street, N.W.
Washington, DC 20007